IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL RASKIN | : Civil Action No. 3:12-cv-01186-MRK |
| Plaintiff, | : |
| v. | : |
| NORMAN L. STONE | : |
| Defendant. | : August 24, 2012 |

### NOTICE OF APPEARANCE

TO:   Office of the Clerk
　　　United States District Court
　　　District of Connecticut
　　　141 Church Street
　　　New Haven, CT 06510


Please enter the appearance of the undersigned in the above-captioned matter on behalf of Defendant, Norman L. Stone.

        DEFENDANT,
        NORMAN L. STONE


    By:  /s/ Kathryn G. Newman_____
        Kathryn G. Newman (ct28708)
        Day Pitney LLP
        One Canterbury Green
        Stamford, CT  06901-2047
        Tel: (203) 977-7300
        Fax: (203) 977-7301
        E-mail: knewman@daypitney.com

        His Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that on August 24, 2012, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

    /s/ Kathryn G. Newman_____
    Kathryn G. Newman