IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MICHAEL RASKIN | : | Civil Action No. 3:12-cv-01186-MRK |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| NORMAN L. STONE | : |  |
|  | : |  |
| Defendant. | : | August 24, 2012 |

**<u>NOTICE OF APPEARANCE</u>**

TO:  Office of the Clerk
     United States District Court
     District of Connecticut
     141 Church Street
     New Haven, CT 06510


   Please enter the appearance of the undersigned in the above-captioned matter on behalf of Defendant, Norman L. Stone.

        DEFENDANT,
        NORMAN L. STONE


    By: /s/ Helen Harris_____
        Helen Harris (ct26816)
        Day Pitney LLP
        One Canterbury Green
        Stamford, CT  06901-2047
        Tel: (203) 977-7300
        Fax: (203) 977-7301
        E-mail: hharris@daypitney.com

    His Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Helen Harris
Helen Harris