IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MICHAEL RASKIN | : | Civil Action No. 3:12-cv-01186-MRK |
| Plaintiff, | : | |
| v. | : | |
| NORMAN L. STONE | : | |
| Defendant. | : | August 24, 2012 |

### NOTICE OF APPEARANCE

TO:   Office of the Clerk
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

Please enter the appearance of the undersigned in the above-captioned matter on behalf of Defendant, Norman L. Stone.

DEFENDANT,
NORMAN L. STONE


By: /s/ Thomas D. Goldberg
    Thomas D. Goldberg (ct04386)
    Day Pitney LLP
    One Canterbury Green
    Stamford, CT  06901-2047
    Tel: (203) 977-7300
    Fax: (203) 977-7301
    E-mail: tgoldberg@daypitney.com

    His Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that on August 24, 2012, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

        /s/ Thomas D. Goldberg
        Thomas D. Goldberg