UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL RASKIN | : Civil Action No. 3:12-cv-01186-MRK |
| Plaintiff, | : |
| v. | : |
| NORMAN L. STONE | : |
| Defendant. | : August 27, 2012 |

## AMENDED AFFIDAVIT OF KEITH R. HUMMEL IN SUPPORT OF MOTION FOR ADMISSION OF VISITING ATTORNEY

I, Keith R. Hummel, having been duly sworn, do affirm under penalty of perjury:

1. I am over 18 years old and believe in the obligations of an oath.

2. I am a partner of the firm Cravath, Swaine & Moore LLP, counsel for Defendant Norman L. Stone.

3. I make this affidavit pursuant to Local Rule 83.1(d) in support of a motion for admission to this Court as a visiting attorney in the above-captioned matter, which is being filed on my behalf.

4. My office is located at Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019. My telephone number is (212) 474-1000, my fax number is (212) 474-3700, and my e-mail address is khummel@cravath.com.

5. I am a member in good standing of the bar of the State of New York (Bar I.D. No. 2430668). In addition, I am admitted to practice before the United States Court of Appeals for the Second Circuit (Bar I.D. No. not assigned by Court); United States Court of Appeals for the Federal Circuit (Bar I.D. No. not assigned by Court); United States District Court for the Southern District of New York (Bar I.D. No. KH-4741); and United States District Court for the

71883300.1 710793-000000

Eastern District of New York (Bar I.D. No. KH-4741), and am a member in good standing in those courts.

6. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

7. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

8. I have fully reviewed, am familiar with, and agree to abide by the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

9. I designate my sponsoring attorney, Thomas D. Goldberg, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to appear before this Court.

10. I hereby respectfully request that I be permitted to appear before this Court and to participate in this case.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated this 27 day of August, 2012.

_____
Keith R. Hummel

STATE OF NEW YORK    )
                     ) ss:
CITY OF NEW YORK     )

Sworn to before me
this 27th day of August, 2012

_____
Notary Public

KEITH S. KAPLAN
Notary Public, State of New York
No. 01KA6062463
Qualified in New York County
Commission Expires Aug. 6, 2013

71883300.1 710793-000000    -2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2012, a copy of the foregoing Affidavit was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to counsel unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: /s/ Thomas D. Goldberg
Thomas D. Goldberg

71883300.1 710793-000000