# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL RASKIN | ) | |
| | ) | CIVIL ACTION NO |
| Plaintiff, | ) | 03:12-cv-01186-MRK |
| | ) | |
| v. | ) | |
| | ) | |
| NORMAN L. STONE | ) | |
| | ) | |
| Defendant. | ) | AUGUST 28, 2012 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance in the above-captioned case as counsel for plaintiff, Michael Raskin.  I certify that I am admitted to practice in this court.

                By:  /s/ David A. Ball
                     David A. Ball, Esq.
                     Federal Bar No. ct10154
                     Cohen and Wolf, P.C.
                     1115 Broad Street
                     Bridgeport, CT  06604
                     Tele:  (203) 368-0211
                     Fax:  (203) 394-9901
                     E-mail: dball@cohenandwolf.com

## CERTIFICATION OF SERVICE

I hereby certify that on August 28, 2012, a copy of the foregoing Appearance, dated August 28, 2012, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

      /s/ David A. Ball
      David A. Ball