UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL RASKIN | : Civil Action No. 3:12-cv-01186-MRK |
| Plaintiff, | : |
| v. | : |
| NORMAN L. STONE | : |
| Defendant. | : September 5, 2012 |

MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION OF
ORDER DENYING MOTION FOR ADMISSION OF
VISITING ATTORNEY ROBERT H. BARON

Counsel for defendant Norman L. Stone ("Stone") respectfully submits this memorandum of law in support of his motion for reconsideration of the Court's August 28, 2012 Order (Doc. No. 39) denying Motion for Attorney Robert H. Baron to Appear Pro Hac Vice for Stone (Doc. No. 35) (the "Pro Hac Motion").

### BACKGROUND

On August 24, 2012, Stone filed the Pro Hac Motion, along with Attorney Baron's sworn affidavit in support thereof (Doc. No. 35-1) (the "Original Affidavit"). On August 28, 2012, the Court entered an Order denying the Pro Hac Motion, indicating that "[c]ounsel should include all bar numbers for each court of admission or state explicitly that no bar numbers were assigned. Counsel may correct any deficiencies and refile an amended affidavit attached to a motion for reconsideration of this order." (Doc. No. 39.)

### ARGUMENT

A motion for reconsideration shall "set[ ] forth concisely the matters or controlling decisions which counsel believes the Court overlooked in the initial decision or order." D. Conn.

L. Civ. R. 7(c)(1). "The major grounds justifying reconsideration are an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd., 956 F.2d 1245, 1255 (2d Cir. 1992) (citation and quotation marks omitted). In this case, the Court has expressly stated that "[c]ounsel may correct any deficiencies and refile an amended affidavit attached to a motion for reconsideration of this order." (Doc. No. 39.)

Under Local Rule 83.1(d)(1)(b), motions to admit visiting attorneys "shall be accompanied by an affidavit, duly sworn and executed by the proposed visiting attorney…identifying the bar of each court of which said attorney is and has ever been a member, and his or her corresponding bar identification number(s)." Conn. L. Civ. R. 83.1(d)(1)(b).

Here, the Original Affidavit identified the bar of each court of which Attorney Baron is and has ever been a member and included his corresponding bar identification number for each court that had ever assigned one to him. Given, however, that Local Rule 83.1(d)(1)(b) does not in terms address the circumstance in which the visiting attorney is or has been a member of a court but has not been assigned a corresponding bar identification number by that court, the Original Affidavit did not explicitly state that where no bar identification number was included, none had been assigned.

Consistent with the Court's August 28, 2012 Order permitting counsel to correct any deficiencies and refile an amended affidavit (*see* Doc. No. 39), Stone submits herewith an amended affidavit on behalf of Attorney Baron ("Amended Affidavit"), which is attached to the Motion for Reconsideration. Specifically, the Amended Affidavit states that for those courts identified in the Amended Affidavit without reference to a corresponding bar identification number, no bar identification number has been assigned.

Granting the Pro Hac Motion will not require modification of any case deadlines or prejudice the interests of any party.

## CONCLUSION

For the foregoing reasons, counsel for defendant respectfully requests that the Court reconsider its August 28, 2012 Order, and grant permission for Attorney Robert H. Baron to Appear Pro Hac Vice for Norman L. Stone.

> RESPECTFULLY SUBMITTED,
>
> DEFENDANT,
> NORMAN L. STONE
>
> By: /s/ Thomas D. Goldberg
>     Thomas D. Goldberg (ct04386)
>     Helen Harris (ct26816)
>     Kathryn G. Newman (ct28708)
>     Day Pitney LLP
>     One Canterbury Green
>     201 Broad Street
>     Stamford, Connecticut 06901
>     Telephone: (203) 977-7383
>     Facsimile: (203) 399-5882
>     Email: tdgoldberg@daypitney.com
>     Email: hharris@daypitney.com
>     Email: knewman@daypitney.com
>
>     *His Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to counsel unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Thomas D. Goldberg
Thomas D. Goldberg