**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2012, a copy of the foregoing Certificate of Good Standing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

/s/ Thomas D. Goldberg
Thomas D. Goldberg