# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JOSEPH EVERETT LASHER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **July 30, 2008**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**September 12, 2012**

_Clerk of the Court_

5791

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012, a copy of the foregoing Certificate of Good Standing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Thomas D. Goldberg
Thomas D. Goldberg