UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| MICHAEL RASKIN  )  <br>  ) CIVIL ACTION NO.: 03:12-cv-01186-MRK <br> Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> NORMAN L. STONE  ) <br>  ) <br> Defendant.  ) OCTOBER 9, 2012 |  |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the parties to this action jointly move for an extension of time of fifteen (15) days, through and including October 24, 2012, in which to file their Rule 26(f) report. In support of this motion, the parties state as follows.

1. The parties arranged and did have their planning conference on September 24, 2012 pursuant to Local Rule 26(f)(1).

2. Following the planning conference, the parties' Rule 26(f) report would be due to be filed by October 9, 2012 pursuant to Local Rule 26(f)(1) and Federal Rules 26(f)(2) and 6(a)(3)(A).

3. The parties respectfully request a limited extension of time in which to file their Rule 26(f) report. There is good cause for the extension of time requested herein. The parties have been actively and diligently engaged in settlement negotiations and believe that an adjournment of the deadline for filing their Rule 26(f) report would allow for and facilitate their continued negotiations.

Moreover, a brief adjournment would minimize litigation costs and any burdening of the Court that may prove to be unnecessary. As a result, an extension of this deadline is in the best interests of all parties, and will provide an opportunity for possible settlement of this case.

    4.    All parties consent to the extension of time. This is the first motion for extension of time filed on behalf of any of the parties concerning the time limitations that are the subject of this motion.

WHEREFORE, the parties to this action jointly move for an extension of time of fifteen (15) days, through and including October 24, 2012, to file their Rule 26(f) report.

| | |
|---|---|
| **PLAINTIFF,** <br> **MICHAEL RASKIN** | **DEFENDANT,** <br> **NORMAN L. STONE** |

By: /s/ David A. Ball
David A. Ball, Esq.
Federal Bar No. ct10154
**Cohen and Wolf, P.C.**
1115 Broad Street
Bridgeport, CT  06604
Telephone:  (203) 368-0211
Fax:   (203) 394-9901
E-mail: dball@cohenandwolf.com

-and-

Richard A. Ivers
**Law Office of Richard A. Ivers, P.A.**
7451 Wiles Road, #101
Coral Springs, FL 33067
Telephone: (954) 757-6262
Email: Richard@iverslawfirm.com

*His Attorneys*

By: /s/ Helen Harris
Thomas D. Goldberg (ct04386)
Helen Harris (ct26816)
Kathryn G. Newman (ct28708)
**Day Pitney LLP**
One Canterbury Green
201 Broad Street
Stamford, Connecticut 06901
Telephone:  (203) 977-7383
Facsimile:  (203) 399-5882
Email: tdgoldberg@daypitney.com
Email: hharris@daypitney.com
Email: knewman@daypitney.com

-and-

Robert H. Baron (admitted *pro hac vice*)
Keith R. Hummel (admitted *pro hac vice*)
Joseph E. Lasher (admitted *pro hac vice*)
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email: rbaron@cravath.com
Email: khummel@cravath.com
Email: jlasher@cravath.com

*His Attorneys*

**CERTIFICATION OF SERVICE**

I hereby certify that on October 9, 2012, a copy of the foregoing Joint Motion for Extension of Time was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                      /s/ David A. Ball
                                                       David A. Ball