# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| MICHAEL RASKIN | ) |
|  | ) |
|  | ) CIVIL ACTION NO.: 3:12-cv-01186-SRU |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| NORMAN L. STONE | ) |
|  | ) |
| Defendant. | ) OCTOBER 24, 2012 |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the parties to this action jointly move for a brief extension of time of fifteen (15) days, through and including November 8, 2012, in which to file their Rule 26(f) report.

The parties have been actively and diligently engaged in ongoing settlement negotiations over the past several weeks and believe that an adjournment of the deadline for filing their Rule 26(f) report would facilitate continued negotiations and provide an opportunity for settlement of this case. Moreover, a brief adjournment would minimize litigation costs and any burdening of the Court that may prove to be unnecessary. As a result, there is good cause for an extension of time and such an extension is in the best interests of all parties.

All parties consent to the extension of time. This is the second motion for extension of time filed on behalf of any of the parties concerning the time limitations that are the subject of this motion.

71918675.1 710793-000000

WHEREFORE, the parties to this action jointly request that for good cause demonstrated above, the Court grant this motion and extend the time for filing the parties' Rule 26(f) report by fifteen (15) days, through and including November 8, 2012.

| | |
|---|---|
| **PLAINTIFF,**<br>**MICHAEL RASKIN** | **DEFENDANT,**<br>**NORMAN L. STONE** |
| By: /s/ David A. Ball<br>David A. Ball, Esq.<br>Federal Bar No. ct10154<br>**Cohen and Wolf, P.C.**<br>1115 Broad Street<br>Bridgeport, CT  06604<br>Telephone:  (203) 368-0211<br>Fax:   (203) 394-9901<br>E-mail: dball@cohenandwolf.com<br><br>-and-<br><br>Richard A. Ivers<br>**Law Office of Richard A. Ivers, P.A.**<br>7451 Wiles Road, #101<br>Coral Springs, FL 33067<br>Telephone: (954) 757-6262<br>Email: Richard@iverslawfirm.com<br><br>*His Attorneys* | By: /s/ Helen Harris<br>Thomas D. Goldberg (ct04386)<br>Helen Harris (ct26816)<br>Kathryn G. Newman (ct28708)<br>**Day Pitney LLP**<br>One Canterbury Green<br>201 Broad Street<br>Stamford, Connecticut 06901<br>Telephone:  (203) 977-7383<br>Facsimile:  (203) 399-5882<br>Email: tdgoldberg@daypitney.com<br>Email: hharris@daypitney.com<br>Email: knewman@daypitney.com<br><br>-and-<br><br>Robert H. Baron (admitted *pro hac vice*)<br>Keith R. Hummel (admitted *pro hac vice*)<br>Joseph E. Lasher (admitted *pro hac vice*)<br>**Cravath, Swaine & Moore LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York  10019<br>Telephone:  (212) 474-1000<br>Facsimile:  (212) 474-3700<br>Email: rbaron@cravath.com<br>Email: khummel@cravath.com<br>Email: jlasher@cravath.com<br><br>*His Attorneys* |

## **CERTIFICATION OF SERVICE**

I hereby certify that on October 24, 2012, a copy of the foregoing Joint Motion for Extension of Time was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

      /s/ Helen Harris
      Helen Harris