## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

_____
                                        )
MICHAEL RASKIN                          )
                                        )
                                        )   CIVIL ACTION NO.: 3:12-cv-01186-SRU
              Plaintiff,                )
                                        )
v.                                      )
                                        )
NORMAN L. STONE                         )
                                        )
              Defendant.                )   NOVEMBER 8, 2012
_____   )

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the parties to this action jointly move for an extension of time of fifteen (15) days, through and including November 23, 2012, in which to file their Rule 26(f) report.

The additional time is requested, in part, due to the impact of Hurricane Sandy on the operations of the offices of the undersigned, as well as to allow the parties time to settle this case. The parties have been actively and diligently engaged in ongoing settlement negotiations over the past several weeks and believe that an adjournment of the deadline for filing their Rule 26(f) report would facilitate continued negotiations and provide an opportunity for settlement of this case. Moreover, a brief adjournment would minimize litigation costs and any burdening of the Court that may prove to be unnecessary. As a result, there is good cause for an extension of time and such an extension is in the best interests of all parties.

All parties consent to the extension of time. This is the third motion for extension of

time filed on behalf of any of the parties concerning the time limitations that are the subject of this motion.

WHEREFORE, the parties to this action jointly request that for good cause demonstrated above, the Court grant this motion and extend the time for filing the parties' Rule 26(f) report by fifteen (15) days, through and including November 23, 2012.

**PLAINTIFF,**
**MICHAEL RASKIN**

By: /s/ David A. Ball
David A. Ball, Esq.
Federal Bar No. ct10154
**Cohen and Wolf, P.C.**
1115 Broad Street
Bridgeport, CT  06604
Telephone:  (203) 368-0211
Fax:   (203) 394-9901
E-mail: dball@cohenandwolf.com

-and-

Richard A. Ivers
**Law Office of Richard A. Ivers, P.A.**
7451 Wiles Road, #101
Coral Springs, FL 33067
Telephone: (954) 757-6262
Email: Richard@iverslawfirm.com

*His Attorneys*

**DEFENDANT,**
**NORMAN L. STONE**

By: /s/ Kathryn G. Newman
Thomas D. Goldberg (ct04386)
Helen Harris (ct26816)
Kathryn G. Newman (ct28708)
**Day Pitney LLP**
One Canterbury Green
201 Broad Street
Stamford, Connecticut 06901
Telephone:  (203) 977-7383
Facsimile:  (203) 399-5882
Email: tdgoldberg@daypitney.com
Email: hharris@daypitney.com
Email: knewman@daypitney.com

-and-

Robert H. Baron (admitted *pro hac vice*)
Keith R. Hummel (admitted *pro hac vice*)
Joseph E. Lasher (admitted *pro hac vice*)
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email: rbaron@cravath.com
Email: khummel@cravath.com
Email: jlasher@cravath.com

*His Attorneys*

## CERTIFICATION OF SERVICE

I hereby certify that on November 8, 2012, a copy of the foregoing Joint Motion for Extension of Time was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

/s/ Kathryn G. Newman
Kathryn G. Newman