# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

_____
                                    )
MICHAEL RASKIN                      )
                                    ) CIVIL ACTION NO.: 3:12-cv-01186-SRU
         Plaintiff,                 )
                                    )
v.                                  )
                                    )
NORMAN L. STONE                     )
                                    )
         Defendant.                 ) NOVEMBER 21, 2012
_____)

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the parties to this action jointly move for an extension of time of thirty (30) days, through and including December 24, 2012, in which to file their Rule 26(f) report. In support of this motion, the parties represent as follows.

1. Since the parties' planning conference held on September 24, 2012, the parties have engaged in regular, productive discussions regarding settlement of this case.

2. Pending settlement discussions, the parties moved for extensions of time to file their 26(f) report, and the current deadline to file their 26(f) report is November 23, 2012.

3. Recently, the parties reached an agreement in principle, which would resolve this case in its entirety.

4. The parties are presently preparing formal settlement papers. The extension of time requested herein will allow the parties sufficient time to finalize and execute a settlement

71936898.1

agreement. The anticipated agreement will also allow up to fifteen (15) business days for certain events to transpire before the parties file a joint stipulation of dismissal of this case with prejudice.

5. Additionally, the extension of time will allow the parties to avoid the time and expense associated with preparing a 26(f) report, thereby minimizing litigation costs overall and any burdening of the Court that will very likely prove to be unnecessary.

6. For the foregoing reasons, there is good cause for the extension of time requested herein, and such an extension is in the best interests of all parties.

7. All parties consent to the extension of time. This is the fourth motion for extension of time filed on behalf of any of the parties concerning the time limitations that are the subject of this motion.

WHEREFORE, the parties to this action jointly request that for good cause demonstrated above, the Court grant this motion and extend the time for filing the parties' Rule 26(f) report by thirty (30) days, through and including December 24, 2012.

| | |
|---|---|
| **PLAINTIFF,** <br> **MICHAEL RASKIN** | **DEFENDANT,** <br> **NORMAN L. STONE** |
| By: /s/ David A. Ball <br> David A. Ball, Esq. <br> Federal Bar No. ct10154 <br> **Cohen and Wolf, P.C.** <br> 1115 Broad Street <br> Bridgeport, CT  06604 <br> Telephone:  (203) 368-0211 <br> Fax:   (203) 394-9901 <br> E-mail: dball@cohenandwolf.com <br><br> -and- <br><br> Richard A. Ivers <br> **Law Office of Richard A. Ivers, P.A.** <br> 7451 Wiles Road, #101 <br> Coral Springs, FL 33067 <br> Telephone: (954) 757-6262 <br> Email: Richard@iverslawfirm.com <br><br> *His Attorneys* | By: /s/ Kathryn G. Newman <br> Thomas D. Goldberg (ct04386) <br> Helen Harris (ct26816) <br> Kathryn G. Newman (ct28708) <br> **Day Pitney LLP** <br> One Canterbury Green <br> 201 Broad Street <br> Stamford, Connecticut 06901 <br> Telephone:  (203) 977-7383 <br> Facsimile:  (203) 399-5882 <br> Email: tdgoldberg@daypitney.com <br> Email: hharris@daypitney.com <br> Email: knewman@daypitney.com <br><br> -and- <br><br> Robert H. Baron (admitted *pro hac vice*) <br> Keith R. Hummel (admitted *pro hac vice*) <br> Joseph E. Lasher (admitted *pro hac vice*) <br> **Cravath, Swaine & Moore LLP** <br> Worldwide Plaza <br> 825 Eighth Avenue <br> New York, New York  10019 <br> Telephone:  (212) 474-1000 <br> Facsimile:  (212) 474-3700 <br> Email: rbaron@cravath.com <br> Email: khummel@cravath.com <br> Email: jlasher@cravath.com <br><br> *His Attorneys* |

## CERTIFICATION OF SERVICE

I hereby certify that on November 21, 2012, a copy of the foregoing Joint Motion for Extension of Time was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

/s/ Kathryn G. Newman
Kathryn G. Newman