UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL RASKIN<br><br>    Plaintiff,<br><br>v.<br><br>NORMAN L. STONE<br><br>    Defendant. | CIVIL ACTION NO.: 3:12-cv-01186-SRU<br><br><br><br><br><br><br>December 19, 2012 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Michael Raskin and defendant Norman L. Stone, through their respective undersigned counsel, hereby stipulate and agree to dismiss this action in its entirety, including all claims that were or could have been asserted herein, with prejudice, with each party to bear his own costs and attorneys' fees.

| | |
|---|---|
| **PLAINTIFF,**<br>**MICHAEL RASKIN**<br><br>By: */s/ David A. Ball*<br>David A. Ball, Esq.<br>Federal Bar No. ct10154<br>**Cohen and Wolf, P.C.**<br>1115 Broad Street<br>Bridgeport, CT 06604<br>Telephone: (203) 368-0211<br>Fax: (203) 394-9901<br>E-mail: dball@cohenandwolf.com | **DEFENDANT,**<br>**NORMAN L. STONE**<br><br>By: */s/ Kathryn Newman*<br>Thomas D. Goldberg (ct04386)<br>Helen Harris (ct26816)<br>Kathryn G. Newman (ct28708)<br>**Day Pitney LLP**<br>One Canterbury Green<br>201 Broad Street<br>Stamford, Connecticut 06901<br>Telephone: (203) 977-7383<br>Facsimile: (203) 399-5882<br>Email: tdgoldberg@daypitney.com<br>Email: hharris@daypitney.com<br>Email: knewman@daypitney.com |
| -and- | -and- |
| Richard A. Ivers<br>**Law Office of Richard A. Ivers, P.A.**<br>7451 Wiles Road, #101<br>Coral Springs, FL 33067<br>Telephone: (954) 757-6262<br>Email: Richard@iverslawfirm.com<br><br>*His Attorneys* | Robert H. Baron (admitted *pro hac vice*)<br>Keith R. Hummel (admitted *pro hac vice*)<br>Joseph E. Lasher (admitted *pro hac vice*)<br>**Cravath, Swaine & Moore LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br>Email: rbaron@cravath.com<br>Email: khummel@cravath.com<br>Email: jlasher@cravath.com<br><br>*His Attorneys* |

## CERTIFICATION OF SERVICE

I hereby certify that on December 19, 2012, a copy of the foregoing Stipulation of Dismissal With Prejudice was filed electronically. Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to counsel unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ David A. Ball
David A. Ball